No. 81–6197. ALLEN v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 81–6203. STATON v. WAINWRIGHT ET AL. C. A. 11th Cir. Certiorari denied.

No. 81–6209. SCOTT v. PERINI. C. A. 6th Cir. Certiorari denied.

No. 81–6226. CHANG v. TEXAS YOUTH COUNCIL ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–6256. PAYNE v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 81–6263. HORTON v. COMPTON ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–6288. O'BRIEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–6290. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–6292. KING v. CARLSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–6293. KING v. CARLSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–6305. CANDA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–6312. GONSALVES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 81–6319. ANTONELLI v. CHICAGO POLICE DEPARTMENT ET AL. C. A. 7th Cir. Certiorari denied.